UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PARTNERS OF MASSACHUSETTS, LLC,
PARTNERS PHARMACY, LLC, and
PARTNERS PHARMACY SERVICES, LLC

*Plaintiffs*,

v.

JOHN FANTASIA and PAUL SARDAGNOLA

*Defendants*.

Civil No.: 2:15-cv-07960 (KSH) (CLW)

**ORDER**

**THIS MATTER** having come before the Court by way of motions (D.E. 33, 35) brought by defendants John Fantasia and Paul Sardagnola to transfer venue to the District of Massachusetts pursuant to 28 U.S.C. 1404(a) and for other related relief; and the Court having considered the written submissions of the parties (D.E. 33, 35, 38–41); and for the reasons set forth in the opinion filed herewith,

**IT IS** on this 28th day of December, 2016, hereby

**ORDERED** that defendant Paul Sardagnola's motion to dismiss/transfer venue (D.E. 33) is **denied**; and it is further

**ORDERED** that defendant John Fantasia's motion to transfer venue (D.E. 35) is **denied**.

s/ Katharine S. Hayden_____
Katharine S. Hayden, U.S.D.J.

1